**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Northern Division*

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | : | |
|     Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 09-3062 (JFM) |
| LUPIN LTD. & LUPIN PHARMACEUTICALS INC.; | : | |
|     Defendants. | : | |
| _____ | | |
| MEDICIS PHARMACEUTICAL CORPORATION, | : | |
|     Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 09-3464 (JFM) |
| BARR LABORATORIES, INC. & TEVA PHARMACEUTICALS USA INC., | : | |
|     Defendants. | : | |

**E-DISCOVERY STIPULATION AND ORDER**

      WHEREAS, each of the parties to the above captioned actions may seek discovery of electronically-stored documents, information or other materials;

      IT IS HEREBY STIPULATED between the parties and ORDERED as follows:

1.    Each party shall produce documents in Tagged Image File Format ("TIFF"), single page, black and white, dithered (if appropriate), at 300 x 300 dpi resolution and 8 1/2 x 11 inch page size, except for documents requiring different resolution or page size to make them readable. Each TIFF document shall be produced with an image load file in standard IPRO (*.LFP) and Opticon (*.LOG) format; and in the case of IPRO, will also reflect the parent/child relationship, if available. Also to be produced will be a data load file in Concordance delimited format (*.DAT) file, indicating (at a minimum) appropriate unitization of the documents, including

1

beginning and ending production numbers for: (a) each document set, and (b) each attachment within each document set. The TIFF images shall also be accompanied by extracted text or, for those files that do not have extracted text upon being processed, Optical Character Recognition ("OCR") text data; they will be provided in document level form and named after the tiff image. Documents that contain redactions will be OCR'd after the redaction is applied to the image, and the OCR will be produced in place of extracted text at the document level. The parties may negotiate a separate production format (including native format) for any documents that are not reasonably producible as standard image files, such as audio files.

2.      In producing electronically stored information, each party shall preserve the integrity of electronically stored information, such as the original formatting and all other metadata; however, such additional information will not be produced absent agreement by the parties, including any agreed cost shifting arrangements, or a showing of good cause.  The MD5, SHA-1, or SHA-2 hash value algorithms shall govern the identification of duplicate documents. Each party may remove duplicate electronic documents within the set gathered from each custodian. Each party may remove duplicate email documents across the sets of documents gathered from all custodians.

3.      The parties must take steps reasonably necessary to ensure that potentially relevant electronic information is preserved. Requests for on-site inspections of electronic media shall not be granted absent showing of good cause. Each party stipulates to a presumption of authenticity for electronic documents produced from its own servers when such documents appear, on their face, to have been authored, generated, or prepared by that party or one of the party's employees or agents. The producing party bears the burden to come forward with evidence of the lack of authenticity of any of its own documents, and the parties agree to meet and confer in good faith regarding any authentication issues relating to documents presumed to be authentic under this provision. Each party stipulates to the authenticity of email records produced from its own servers.

AGREED:

| **ZUCKERMAN SPAEDER LLP** | **SEMMES, BOWEN & SEMMES** |
|---|---|

\_\_\_/s/_____  \_\_\_/s/_____
Herbert Better (#00320)           Paul N. Farquharson (#06514)
hbetter@zuckerman.com             *(signed by Herbert Better with permission*
A. Paul Pineau (#28674)           *of Paul N. Farquharson)*
ppineau@zuckerman.com             pfarquharson@semmes.com
100 East Pratt Street             Scott H. Phillips (#13244)
Suite 2440                        sphillips@semmes.com
Baltimore, MD 21202-1031          25 South Charles Street, Suite 1400
Telephone: (410) 332-0444         Baltimore, MD 21201
Facsimile: (410) 659-0436         Telephone: (410) 539-5040
                                  Facsimile: (410) 539-5223

**WEIL, GOTSHAL & MANGES LLP**     **LEYDIG, VOIT & MAYER, LTD**

Matthew D. Powers (pro hac vice)  Robert F. Green (pro hac vice)
matthew.powers@weil.com           rgreen@leydig.com
201 Redwood Shores Parkway        Christopher T. Griffith (pro hac vice)
Redwood Shores, CA 94065          cgriffith@leydig.com
Telephone: (650) 802-3000         Salim A. Hasan (pro hac vice)
Facsimile: (650) 802-3100         shasan@leydig.com
                                  Kate M. Lesciotto (pro hac vice)
Elizabeth Weiswasser (pro hac vice) klesciotto@leydig.com
Elizabeth.weiswasser@weil.com     Two Prudential Plaza -- Suite 4900
Jennifer H. Wu (pro hac vice)     180 North Stetson Street
jennifer.wu@weil.com              Chicago, IL 60601-6780
Josephine Young (pro hac vice)    Telephone: (312) 616-5600
Josephine.young@weil.com          Facsimile: (312) 616-5700
767 Fifth Avenue
New York, NY 10153-0019           *Attorneys for Defendants Lupin Limited and*
Telephone: (212) 310-8683         *Lupin Pharmaceuticals Inc.*
Facsimile: (212) 310-8007

*Attorneys for Plaintiff Medicis*
*Pharmaceutical Corporation*

3

**ASTRACHAN, GUNST, THOMAS, & RUBIN, P.C.**

___/s/_____
James B. Astrachan (#03566)
*(signed by Herbert Better with permission of James B. Astrachan)*
jastrachan@agtlawyers.com
Daniel P. Doty (#28247)
217 East Redwood Street, 21st Floor
Baltimore, MD 21202
Telephone: (410) 783-3520

**WILLKIE FARR & GALLAGHER LLP**

Thomas J. Meloro (pro hac vice)
tmeloro@willkie.com
Eugene L. Chang (pro hac vice)
echange@willkie.com
Michael W. Johnson (pro hac vice)
mjohnson1@willkie.com
Chandra E. Garry (pro hac vice)
cgarry@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000

*Attorneys for Defendants Barr Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.*

SO ORDERED this _____ day of _____ 2010:

_____
Honorable J. Frederick Motz, Judge